IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.                    CASE NO: 1:11-CR-10026-001

TONY BROADNAX                                                         DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. (ECF No. 21). Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Indictment filed on August 10, 2011, in this matter. Upon consideration of the same, the Court is of the opinion that same Motion should be granted. Therefore, the Indictment filed in this matter is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 28th day of September, 2012.

                                                    /s/ Susan O. Hickey
                                                  Hon. Susan O. Hickey
                                                  United States District Judge